# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILBUR, an individual; and TOP SECRET RECIPES, INC., a Nevada corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RONALD DUCKETT, an individual (a.k.a. RON DOUGLAS); VERITY ASSOCIATES, LLC, a New York Limited Liability Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants___ | CASE NO. CV 11-01497 SVW (SHx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having reviewed the (Proposed) Stipulated Protective Order submitted by the parties on June 20, 2011, and for all the reasons set forth therein, this Court hereby affirms and enters the Stipulated Protective Order as submitted.

**IT IS SO ORDERED.**

Dated: June 20, 2011

　　　　　　　　　　　　　　　　_/s/ Stephen J. Hillman_____

　　　　　　　　　　　　　　　　Stephen J. Hillman
　　　　　　　　　　　　　　　　United States Chief Magistrate Judge