FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILBUR, an individual; and TOP SECRET RECIPES, INC., a Nevada corporation<br><br>Plaintiff<br><br>vs.<br><br>RONALD DUCKETT, an individual (a.k.a. RON DOUGLAS); VERITY ASSOCIATES, LLC, a New York Limited Liability Corporation; and DOES 1 through 10, inclusive<br><br>Defendants | Case No. CV11-01497 SVW (SHx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** |
| AND RELATED COUNTERCLAIMS | |

WHEREAS, the parties have entered into a confidential agreement settling the above-entitled action;

IT IS HEREBY ORDERED that:

1. the above-entitled action, and each and every claim and counterclaim asserted herein, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. the parties shall bear their own attorneys' fees and costs; and

3. the Court shall retain jurisdiction to enforce the settlement agreement in this matter.

*No jurisdiction will be retained.*

Dated: 8/9/11

Stephen V. Wilson
United States District Judge

T:\Client Documents\TOPSR\009L\Stipulation.Dismissal.Proposed.Order.doc